UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIROSLAW MALINOWSKI, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-06-800 |
| § | |
| BEARINGPOINT, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING BEARINGPOINT'S
## MOTION TO DISMISS AND BRIEF IN SUPPORT

On this day came on to be considered Defendant BearingPoint, Inc.'s Motion to Dismiss. After considering the motion and the response of Plaintiff, if any, the Court finds that this Motion has merit and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims are dismissed in their entirety.

SIGNED and ENTERED this 18th day of August, 2006.

_____
Kenneth M. Hoyt
United States District Judge